# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SONJA KINGSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOUSING AUTHORITY OF THE COUNTY OF LOS ANGELES,<br><br>　　　　Defendant. | Case No. CV18-7423-DSF(JPRx)<br>Assigned to Hon. Dale S. Fischer<br><br>**ORDER GRANTING DISMISSAL**<br><br><br>Complaint filed: August 28, 2018 |

Having reviewed the Joint Stipulation and Request for Dismissal ("Stipulation") of parties Sonja Kingsley ("Plaintiff") and the Los Angeles County Development Authority, formerly known as the Housing Authority of the County of Los Angeles (HACoLA), and considering the terms of dismissal proper, IT IS HEREBY ORDERED:

1. This Court retains jurisdiction for the purpose of enforcing the terms of the Settlement Agreement attached to the parties' Stipulation, which is also hereby incorporated herein with this reference.

2. Plaintiff's Request to Re-Open Above Case regarding the above entitled case is DENIED.

3. This action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: March 23, 2020

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Dale S. Fischer
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE